IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:14CR356 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FROYLAN CHAN, ANGEL GABINO-GONZALEZ, and VICTOR LORENZO-GALLARDO, | ) | |
| Defendants. | ) | |

This matter is before the court on the motion to continue by defendant Victor Lorenzo-Gallardo (Lorenzo-Gallardo) (Filing No. 33). Lorenzo-Gallardo seeks a continuance of the trial scheduled for January 26, 2015. Upon consideration, the motion will be granted. **Trial will be continued as to all defendants**.

**IT IS ORDERED:**

1. Lorenzo-Gallardo's motion to continue trial (Filing No. 33) is granted.

2. Trial of this matter **as to all defendants** is re-scheduled for **March 9, 2015**, before Senior Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **January 21, 2015, and March 9, 2015,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 21st day of January, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge